**No. 62585.**—Ross Products, Inc. *v.* United States, protests 290422–K and 302178–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise is an entirety, used as smokers' articles, and that the issue is the same as that in *James Betesh Import Co.* v. *United States* (40 Cust. Ct. 186, C. D. 1981), the claim of the plaintiff was sustained.

**No. 62586.**—Commodore Manufacturing Corp. *v.* United States, protest 327644–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62587.**—Peerless Importers, Inc. *v.* United States, protest 328675–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62588.**—S. Rosenberg Co. *v.* United States, protest 328915–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62589.**—Sphinx Import Co., Inc. *v.* United States, protest 329024–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62590.**—Barnett International Forwarders, Inc. *v.* United States, protest 330287–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62591.**—Sam Forwand Co. *v.* United States, protest 330375–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.